1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant, DANIEL GOLDBERG

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,    )    CASE #6:07-mj-00040-WMW
                                )
11         Plaintiff,            )
                                )    STIPULATION TO CONTINUE
12                              )    UNTIL MAY 1, 2007
                                )
13 vs.                          )
                                )
14 DANIEL GOLDBERG,             )
                                )
15         Defendant.            )
                                )
16                              )

17     IT IS HEREBY STIPULATED by and between the Defendant, DANIEL GOLDBERG,

18 his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States

19 Government, ELIZABETH WALDOW, that the Initial Appearance in the above-captioned

20 matter currently scheduled for April 3, 2007, at 10:00 a.m. be continued until May 1, 2007 at

21 10:00 a.m. due to unavailability of defense counsel.

22 Dated:  April 2, 2007

23                                         By:  /S/ Carol Ann Moses
                                                CAROL ANN MOSES
24                                              Attorney for Defendant
                                                DANIEL GOLDBERG
25 Dated:  April 2, 2007
                                           By:  /S/ Elizabeth Waldow
26                                              Elizabeth Waldow
                                                Legal Officer for
27                                              United States Government

28

---

1

STIPULATION TO CONTINUE INITIAL APPEARANCE AND ORDER THEREON

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance of Initial Appearance until May 1, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Initial Appearance Hearing for Defendant, DANIEL GOLDBERG, shall be continued to May 1, 2007 at 10:00 a.m.

Dated: _____, 2007

By: _____
WILLIAM M WUNDERLICH
United States Magistrate Judge

IT IS SO ORDERED.

**Dated:   April 2, 2007          /s/  William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE