**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant, DANIEL GOLDBERG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:07-mj-00040-WMW |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL APPEARANCE pursuant to RULE 43 |
| vs. | |
| DANIEL GOLDBERG | |
| Defendant. | |

TO THE ABOVE-ENTITLED COURT:

The Defendant Daniel Goldberg, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause.  Examples of hearings concerning which the defendant waives the right to be present include when the case is set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

1  is represented at all times by the presence of his attorney the same as if the Defendant were

2  personally present in court, and further agrees that notice to Defendant's attorney that

3  Defendant's presence in court on a particular day at a particular time is required, is notice to the

4  Defendant of the requirement of Defendant's appearance at that time and place.

5

6  Dated: March 28, 2007

7                                                              By:   /S/ Daniel Goldberg
                                                                      DANIEL GOLDBERG

8
   Dated: April 2, 2007
9
                                                              By:   /S/ Carol Ann Moses
10                                                                   CAROL ANN MOSES
                                                                     Attorney for Defendant,
11                                                                   DANIEL GOLDBERG

12  **It is so ordered:**

13                                                              By: _____
                                                                     WILLIAM M. WUNDERLICH
14                                                                   U.S. MAGISTRATE COURT JUDGE

15

16
    IT IS SO ORDERED.
17
    **Dated:   April 16, 2007**                                      /s/  William M. Wunderlich
18                                                              UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

---
2
WAIVER OF DEFENDANT'S PERSONAL APPEARANCE